FILED
CLERK, U.S. DISTRICT COURT
APR 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RUIZ, an individual; and DEANNA PEREZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal entity; LOS ANGELES POLICE DEPARTMENT, a department of the City of Los Angeles; DOES 1-100, inclusive, <br><br> Defendants. | Case No.: CV14-6388 MWF (Ex) <br> Assigned to: Judge Michael W. Fitzgerald <br> Courtroom: 1600 <br><br> Assigned to: Magistrate Charles F. Eick <br> Courtroom: 20 on 3rd Floor <br><br> **DEFENDANT CITY OF LOS ANGELES AND PLAINTIFFS' [Proposed] STIPULATED PROTECTIVE ORDER RE USE OF FORCE INVESTIGATION REPORT** |

*PROTECTIVE ORDER USE OF FORCE INVESTIGATION REPORT*

After the Plaintiffs GREGORY RUIZ AND DEANNA PEREZ, individually (hereinafter referred to as "Plaintiffs"), by and through their attorneys of record, Layfield & Wallace, APC, by Bradley S. Wallace and Defendants CITY OF LOS ANGELES, a local public entity (hereinafter referred to as "Defendants"), by and through their attorneys of record, Michael N. Feuer, City Attorney, Cory M. Brente, Supervising

1

Assistant City Attorney and Christian R. Bojorquez conferred regarding the Production of the Use of Force Investigation Report in the above-entitled case, **IT IS HEREBY STIPULATED AND AGREED** between the parties hereto, by their undersigned counsel of record, that the following Protective Order, and its terms shall govern documents and things in this matter:

For purposes of this Order, Confidential Materials include, but are not limited to:

1. Use of Force Investigation Records;
2. Any and all documents, interviews, Officer Statements and/or writings created during the Investigation, which include, but are not limited to, the following:

   A. Use of Force Report - Case Details - No. 2017117
   - Interviews;
   - Officer Statements, whether summarized, written or recorded;
   - Any diagram;
   - Pictures - Which coincide with an Officer(s) statement which were intended to reflect the Officer's stated or perception of events;
   - Investigative Narrative;
   - All addenda

### I.  *GOOD CAUSE STATEMENT*

The Los Angeles Police Department conducts internal administrative investigations of officer-involved uses of force. In this above-captioned matter a Use of Force Report was conducted. As a result, the Parties have agreed to this Proposed Protective Order covering the Investigation and its contents. Defendants contend that a Protective Order is appropriate for the following Good Cause reasons:

a. Once completed, a Use of Force investigation report (hereafter "UOF" report) is prepared. Such reports are reviewed by appropriate command officers in the

1  Department. This review has several purposes: (1) to determine whether the involved
2  officers violated any Department policies or procedures; (2) to determine whether
3  administrative discipline and/or retraining of the involved officers is necessary; (3) to
4  ascertain if police policies and procedures in such areas as supervision, training, tactics,
5  policies, etc.; should be modified. In sum, Use of Force reports are an essential aid to
6  providing critical self evaluation of Department officers and policies and to determine the
7  most effective way to serve the citizens of Los Angeles.

## II. TERMS OF THE PROTECTIVE ORDER

1. Defendants and Plaintiffs have agreed that the below-listed documents shall be designated confidential documents and/or writings because Defendants believe, in good faith, that these documents and/or writings are privileged, confidential, private or sensitive nature. This will be accomplished by affixing to such document or writing a legend, such as "Confidential," "Confidential Documents," "Confidential Material Subject to Protective Order" or words of similar effect. Documents and writings so designated, and all information derived therefrom (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this stipulation/protective order.

For purposes of this Order, Confidential Materials include, but are not limited to:

A. Use of Force Report - Case Details - No. 2017117
- Interviews;
- Officer Statements, whether summarized, written or recorded;
- Any diagram;
- Pictures - Which coincide with an Officer(s) statement which were intended to reflect the Officer's stated or perception of events;
- Investigative Narrative;
- All addenda

B. The Confidential Documentation being provided pursuant to this Protective Order will be accomplished by affixing to such document or writing a legend, such as "Confidential," "Confidential Documents," "Confidential Material Subject to Protective Order" or words of similar effect. The documents and writings so designated, and all information derived therefrom (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this stipulation/protective order.

2. Confidential Information may be used by the persons receiving such information only for the purpose of this above-captioned litigation .

3. Subject to the further conditions imposed by this stipulation/protective order, Confidential Information may be disclosed only to the following persons:

    a. Counsel for the parties and to experts, investigators, paralegal assistants, office clerks, secretaries and other such personnel working under their supervision;

    b. Such other parties as may be agreed by written stipulation among the parties hereto, or by Court Order.

4. Prior to the disclosure of any Confidential Information to any person described in paragraph 3(a), or 3(b), *with the exception of all Court Personnel,* counsel for the party that has received and seeks to use or disclose such Confidential Information shall first provide any such person with a copy of this protective order, and shall cause him or her to execute the following acknowledgment:

> "I understand that I am being given access to Confidential Information pursuant to the foregoing protective order. I have read the stipulation/protective order and agree to be bound by its terms with respect to the handling, use and disclosure of such Confidential Information.
>
> Dated: _____ /s/ _____"

Once this is completed, Counsel for Plaintiffs will serve a copy of the acknowledgment upon Defendants.

5. Upon the final termination of this litigation, including any appeal pertaining thereto or in the event this case is remanded to State Court, all Force Investigation Division materials that were designated as confidential, as well as any other Court Ordered Documents provided pursuant to this Protective Order and all copies thereof, shall be returned to the Offices of the Los Angeles City Attorney's Office, 6th Floor, City Hall East, Los Angeles, California 90012. All Confidential documentation provided to any person or party, pursuant to any provision hereof, also shall be returned to the City Attorney's Office.

6. If any party who receives Confidential Information receives a subpoena or other request seeking Confidential Information, he, she or it shall immediately give written notice to counsel for defendants, identifying the Confidential Information sought and the time in which production or other disclosure is required, and shall object to the request or subpoena on the grounds of this stipulation/protective order so as to afford defendants an opportunity to obtain an order barring production or other disclosure, or to otherwise respond to the subpoena or other request for production or disclosure of Confidential Material. In no event should production or disclosure be made without written approval by defendant's counsel unless required by Court Order arising from a motion to compel production or disclosure of Confidential Information.

7. Any pleadings, motions, briefs, declarations, stipulations, exhibits or other written submissions to the Court in this litigation which contain, reflect, incorporate or refer to Confidential Information shall first be accompanied by an application to request that the papers, or the confidential portion thereof, be lodged under seal.

8. Counsel for the parties hereto agree to request that any motions, applications or other pre-trial proceedings which could entail the discussion or disclosure of

Confidential Information be heard by the Court outside the presence of the jury, unless the Court orders otherwise. Counsel for the parties further agree that, during any portion of the trial of this action which could entail the discussion or disclosure of Confidential Information, that Defendants will have an opportunity to request that access to the courtroom be limited to parties, their counsel and other designated representative, experts or consultants who agreed to be bound by this stipulation/protective order, and court personnel.

9. Nothing herein shall prejudice any party's rights to object to the introduction of any Confidential Information into evidence, on grounds including but not limited to relevance and privilege.

10. The fact that Plaintiffs have entered into this stipulation does not waive any of Plaintiffs' rights to challenge the Defendants' designation of materials as confidential. Nevertheless, Plaintiffs understand and acknowledge that material contained within the Force Investigation, such as interviews, tape recordings and summaries are being provided pursuant to this Protective Order and that they are to remain protected by this Order. In the event that there is some "good faith" disagreement as to whether certain documents and/or information provided by Defendants that were labeled as "confidential" should be treated as confidential, the parties agree to make informal attempts to resolve such issues. Nevertheless, if those informal attempts prove unsuccessful, then Plaintiffs will have the ability to file the necessary motion so that the

. . .

. . .

. . .

. . .

Court can make the appropriate ruling. It should be noted however, that Plaintiffs understand that any challenge they may have with respect to the materials contained within the Force Investigation must be based upon impracticability and necessity.

**IT IS SO STIPULATED:**

Dated: April 15, 2015

        MICHAEL N. FEUER, City Attorney
        THOMAS H. PETERS, Chief Assistant City Attorney
        CORY M. BRENTE, Supervising City Attorney

        By: /S/- *Christian R. Bojorquez*
        CHRISTIAN R. BOJORQUEZ, Deputy City Atty

        *Attorneys for Defendant City of Los Angeles*

Dated: April 15, 2015

        LAYFIELD & WALLACE

        By: /S/- *Bradley S. Wallace*
        BRADLEY S. WALLACE, Esq.

        Attorneys for Plaintiffs

*As to the above-listed Terms of the Stipulated Protective Order, IT IS SO ORDERED:*

Dated: 4/15/15       [signature]
        HON. CHARLES F. EICK
        *United States Magistrate Judge*