**LAYFIELD & BARRETT, APC**
JOSEPH BARRETT, ESQ. (SBN 143974)
joe@layfieldbarrett.com
GREGORY PEACOCK, ESQ. (SBN 277669)
g.peacock@layfieldbarrett.com
9170 Irvine Center Drive, Suite 100
Irvine, CA 92618
Telephone: (949) 202-5511
Facsimile: (800) 611-9861

Attorneys for Plaintiff, *GREGORY RUIZ, an individual,*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RUIZ, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES POLICE DEPARTMENT, a department of the City of Los Angeles; DOES 1-100, inclusive,<br><br>    Defendant. | Case No.: 2:14-CV-06388-MRW<br>Assigned to: Hon. Michael R. Wilner<br>Dept.: 550<br><br>**ORDER RE DISMISSAL OF ACTION** |

**HAVING DULY CONSIDERED** the Parties' positions regarding whether the Court should retain Supplemental Jurisdiction over Plaintiff's remaining causes of action that arise under California state law, the Court has determined it shall not retain Supplemental Jurisdiction over Plaintiff's remaining causes of action that arise under California state law;

/ / /
/ / /
/ / /
/ / /

1  **IT IS HEREBY ORDERED** that Plaintiff's remaining causes of action arising
2  under California state law (Negligence; Assault and Battery; and Intentional Infliction
3  of Emotional Distress) are dismissed without prejudice.  Plaintiff may refile his state
4  law causes of action in California State Superior Court pursuant to 28 U.S.C. §
5  1367(d.)

**IT IS SO ORDERED.**

8  DATED: June 20, 2016

_____ _____
MICHAEL R. WILNER; UNITED STATES
MAGISTRATE JUDGE